AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:**<br>7-24-mj-1217-RJ | **Date and time warrant executed:**<br>9/13/2024  1200 | **Copy of warrant and inventory left with:**<br>Det. Clinard, PCSO |
| **Inventory made in the presence of :**  Det. Clinard | | |
| **Inventory of the property taken and name of any person(s) seized:** | | |

- 64 GB Sandisk SD Card
- PNY solid state drive
- Seagate External Hard drive (2TB)
- Predator Tritan 500 Laptop

**FILED**

SEP 18 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| Certification |
|---|

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  9/13/2024

_____
*Executing officer's signature*

Addy Penniman, Special agent
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

• Eastern District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>64 GB SanDisk SD Card, PNY solid state drive model CS2140, Sea Gate External Hard Drive (2TB), Predator Tritan 500 Laptop (Serial number: NHQE8AA00114816D), located at Pender County Sheriff's Office | )<br>)<br>)<br>)<br>)<br>)<br>Case No. 7:24-mj-1217-RJ |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

64 GB SanDisk SD Card, PNY solid state drive model CS2140, Sea Gate External Hard Drive (2TB), Predator Tritan 500 Laptop (Serial number: NHQE8AA00114816DE33400), located at Pender County Sheriff's Office, 605 E. Fremont St. Burgaw, NC 28425, as specifically described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ___September 26 2024___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___any Eastern District of North Carolina Magistrate Judge___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     ___September 12 2024___
                                         ___12:00 pm___                           ___[signature]___
                                                                                                   *Judge's signature*

City and state:     ___Wilmington, North Carolina___          ___Robert B. Jones, Jr., United States Magistrate Judge___
                                                                                                   *Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF DEVICES TO BE SEARCHED

The following devices were seized by Pender County Sheriffs Office and are currently located at

Pender County Sheriff's Office, 605 E. Fremont St. Burgaw, NC 28425, in their evidence room.

64 GB SanDisk SD Card



PNY solid state drive model CS2140



Sea Gate External Hard Drive (2TB)



Predator Tritan 500 Laptop (Serial number: NHQE8AA00114816DE33400)



## ATTACHMENT B

## ITEMS TO BE SEIZED

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of 18 U.S.C. §§ 2252 and 1466A:

1. Computers or storage media used as a means to commit the violations described above.

2. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which are stored records or information that is otherwise called for by this warrant (hereinafter, "SUBJECT DEVICES"

   a. evidence of who used, owned, or controlled the SUBJECT DEVICES at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved user names and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

   b. evidence of software that would allow others to control the SUBJECT DEVICES, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

   c. evidence of the lack of such malicious software;

2

d. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to the crime(s) under investigation and to the computer user;

e. evidence indicating the computer user's knowledge and/or intent as it relates to the crime(s) under investigation;

f. evidence of the attachment to the SUBJECT DEVICES of other storage devices or similar containers for electronic evidence;

g. evidence of programs (and associated data) that are designed to eliminate data from the SUBJECT DEVICES;

h. evidence of the times the SUBJECT DEVICES were used;

i. passwords, encryption keys, and other access devices that may be necessary to access the SUBJECT DEVICES;

j. documentation and manuals that may be necessary to access the SUBJECT DEVICES or to conduct a forensic examination of the SUBJECT DEVICES;

k. records of or information about Internet Protocol addresses used by the SUBJECT DEVICES;

l. records of or information about the SUBJECT DEVICES Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

m. contextual information necessary to understand the evidence described in this attachment.

3. Routers, modems, and network equipment used to connect computers to the Internet.

4. Child pornography, as defined in 18 U.S.C. § 2256(8), visual depictions of minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), to include cartoon, CGI, and child erotica.

5. Records, information, and items relating to violations of the statutes described above including:

   a. Records, information, and items relating to the occupancy or ownership of the SUBJECT DEVICES including utility and telephone bills, mail envelopes, or addressed correspondence;

   b. Records, information, and items relating to the ownership or use of computer equipment found in the above residence, including sales receipts, bills for Internet access, and handwritten notes;

   c. Records and information relating to the identity or location of the persons suspected of violating the statutes described above;

   d. Records and information relating to sexual exploitation of children, including correspondence and communications between users of child pornography and/or obscene material and exploitation websites and applications.

6. Any and all documents, records, or correspondence, in any format or medium (including, but not limited to e-mail messages, chat logs, electronic messages, and other digital data files), pertaining to occupancy or ownership of the items to be searched described above, including, but not limited to, billing, account status, electronic receipts.

As used above, the terms "records" and "information" include all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing

4

or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded, including external and internal hard drives, flash drives, thumb drives, micro-SD cards, macro-SD cards, DVDs, gaming systems, SIM cards, cellular phones capable of storage, floppy disks, compact discs, magnetic tapes, memory cards, memory chips, and other magnetic or optical media.